JULIAN M. BAUM (CA State Bar No. 130892)
**JULIAN M. BAUM & ASSOCIATES**
9 Tenaya Lane, Novato, California 94947
Telephone: (415) 892-3152
Facsimile:  (888) 452-3849
E-Mail: JMB@JMBLawGroup.Com

GLENN R. KANTOR (CA State Bar No. 122643)
**KANTOR & KANTOR LLP**
19839 Nordhoff Street, Northridge, California 91324
Telephone:  818-886-2525
E-Mail:  GKantor@kantorlaw.net

Attorneys for Plaintiff
Glenn M. Strome, M.D.


DONALD P. SULLIVAN (State Bar No. 191080)
Email:  donald.sullivan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
RadNet Employee Benefit Plan
RadNet Management, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN M. STROME, M.D., <br><br> Plaintiff, <br><br> v. <br><br> RADNET EMPLOYEE BENEFIT PLAN; RADNET MANAGEMENT, INC., in its capacity as designated Plan Administrator, <br><br> Defendants. | Case No. 3:16-cv-01242-WHO <br><br> **STIPULATION AND ORDER:** <br><br> 1.  STAYING THE ACTION; AND <br> 2.  SETTING DATE FOR REPORT TO THE COURT BY THE PARTIES <br><br> Bench Trial:  November 30, 2016 <br> Courtroom of Hon. William H. Orrick <br> United States District Judge |

The parties stipulate, and respectfully request that the Court order, as follows:

1. This is an action for recovery of disability benefits and related relief under the Employee Retirement Income Security Act, 29 U.S.C. Sections 1001 *et seq.* ("ERISA").

2. The case is currently scheduled for trial to the Court on or about November 30, 2016, by way of cross-motions for summary judgment.  Docket No. 23.

3. There has been no settlement of the action.  However, defendants have reversed the denial of plaintiff's benefits claim and are currently paying the benefits on a current basis.

4. Defendants have reserved their rights to reassess plaintiff's eligibility for benefits as of January 29, 2017, which date is the end of an initial 24-month benefit period, after which date different and additional terms of the disability insurance policy may apply to plaintiff's benefits claims.  Defendants have not yet made that determination as required under ERISA.

6. Accordingly, the parties respectfully request that the Court stay this action as set forth in the proposed Order below, and direct that the parties shall report to the Court by March 6, 2017, whether any further issues remain for determination by the Court, whether the parties request a further Case Management Conference, or whether the action may be dismissed.

DATED:  October 24, 2016          Respectfully submitted,

JULIAN M. BAUM & ASSOCIATES

KANTOR & KANTOR LLP

By:   /s/ *by Julian M. Baum*
      Julian M. Baum
      Attorneys for Plaintiff
      Glenn M. Strome, M.D.

DATED:  October 25, 2016          WILSON, ELSER, MOSKOWITZ
                                  EDELMAN & DICKER LLP

By:   /s/ *by Donald P. Sullivan*
      Donald P. Sullivan
      Attorneys for Defendants
      RadNet Employee Benefit
      Plan; RadNet Management, Inc.

[**proposed order on next page**]

**ORDER**

The parties having stipulated as set forth above, IT IS HEREBY ORDERED AS FOLLOWS:

1. The action is hereby stayed, in its entirety, pending further order of this Court scheduling a further Case Management Conference or otherwise;

2. The parties shall report to the Court in writing, by Monday, March 6, 2017, whether any further issues remain for determination by the Court, whether the parties request a further Case Management Conference, or whether the action may be dismissed.

**IT IS SO ORDERED**.

Dated: October 26, 2016

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE