1  JULIAN M. BAUM (CA State Bar No. 130892)
   **JULIAN M. BAUM & ASSOCIATES**
2  9 Tenaya Lane, Novato, California 94947
   Telephone: (415) 892-3152
3  Facsimile: (888) 452-3849
   E-Mail: JMB@JMBLawGroup.Com
4
   GLENN R. KANTOR (CA State Bar No. 122643)
5  **KANTOR & KANTOR LLP**
   19839 Nordhoff Street, Northridge, California 91324
6  Telephone: 818-886-2525
   E-Mail: GKantor@kantorlaw.net
7
   Attorneys for Plaintiff
8  Glenn M. Strome, M.D.

9  DONALD P. SULLIVAN (State Bar No. 191080)
   Email: donald.sullivan@wilsonelser.com
10 **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
11 San Francisco, California 94105
   Telephone: (415) 433-0990
12 Facsimile: (415) 434-1370

13 Attorneys for Defendants
   RadNet Employee Benefit Plan
14 RadNet Management, Inc.

15              **UNITED STATES DISTRICT COURT**
16
                **NORTHERN DISTRICT OF CALIFORNIA**
17

18
   GLENN M. STROME, M.D.,              ) Case No. 3:16-cv-01242-WHO
19                                      )
        Plaintiff,                      )
20                                      ) **STIPULATION AND ORDER**
                                        ) **OF VOLUNTARY DISMISSAL**
21 v.                                   )
                                        ) Fed. R. Civ. P. 41(a)(2)
22 RADNET EMPLOYEE BENEFIT PLAN;        )
   RADNET MANAGEMENT, INC., in its      )
23 capacity as designated Plan Administrator, )
                                        )
24      Defendants.                     )
25 _____

26          By this Stipulation and [proposed] Order, the parties respectfully request that

27 the Court dismiss the action in its entirety without prejudice under Rule 41(a)(2) of the Federal

28

---

Rules of Civil Procedure and direct that plaintiff may submit his application for recovery of attorneys' fees and expenses under ERISA, 29 U.S.C. §1132(g) within thirty days of the Court's order. A proposed form of order is set forth below.

DATED: June 13, 2017　　　　　　　　Respectfully submitted,

JULIAN M. BAUM & ASSOCIATES

KANTOR & KANTOR LLP

By:　/s/ *by Julian M. Baum*
　　　Julian M. Baum
　　　Attorneys for Plaintiff
　　　Glenn M. Strome, M.D.

DATED: June 13, 2017　　　　　　　　WILSON, ELSER, MOSKOWITZ
　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

By:　/s/ *by Donald P. Sullivan*
　　　Donald P. Sullivan
　　　Attorneys for Defendants
　　　RadNet Employee Benefit
　　　Plan; RadNet Management, Inc.

## ORDER

The parties having stipulated as set forth above, IT IS HEREBY ORDERED AS FOLLOWS:

1. The action is hereby dismissed without prejudice;

2. Plaintiff may file and serve his application for recovery of attorneys' fees and expenses under ERISA, 29 U.S.C. §1132(g) within thirty days of entry of this Order.

**IT IS SO ORDERED**.

Dated: June 14, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**[Civil L.R. 5-1(i) Attestation on next page]**

ATTESTATION OF CONCURRENCE IN FILING

I, Julian M. Baum, hereby attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

DATED: June 13, 2017

Respectfully submitted,

JULIAN M. BAUM & ASSOCIATES

KANTOR & KANTOR LLP

By: /s/ *by Julian M. Baum*
Julian M. Baum
Attorneys for Plaintiff
Glenn M. Strome, M.D.